NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**INNOVATIVE MEMORY SYSTEMS, INC.,**
*Appellant*

v.

**MICRON TECHNOLOGY, INC.,**
*Appellee*

---

2017-2425

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2016-00322.

---

## JUDGMENT

---

ROBERT WILLIAM MORRIS, Eckert Seamans Cherin & Mellott, LLC, White Plains, NY, argued for appellant. Also represented by EDWARD C. FLYNN, PHILIP LEVY, Pittsburgh, PA.

JARED BOBROW, Orrick, Herrington & Sutcliffe LLP, Menlo Park, CA, argued for appellee. Also represented by JEREMY JASON LANG; DOUGLAS WAYNE MCCLELLAN, Weil, Gotshal & Manges LLP, Houston, TX.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* REYNA and STOLL, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| April 4, 2019 | /s/ Peter R. Marksteiner |
| Date | Peter R. Marksteiner |
| | Clerk of Court |